## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                            **JUDGMENT IN A CIVIL CASE**

**JOSE LUIS SANDOVAL JR,**

                                        CASE NO: **1:05–CV–00980–REC**

            v.

**USA,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 08/16/05**

                                            **Jack L. Wagner**
                                            Clerk of the Court

ENTERED:    **August 16, 2005**

                                      by: /s/ –  T. Lundstrom
                                              Deputy Clerk